KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAND GOUNDER, <br><br> Plaintiff, <br><br> v. <br><br> DAVID STILL, USCIS District Director, MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ALBERTO GONZALEZ, Attorney General of the United States; and Does 1 thru 50 <br><br> Defendants. | No. C 06-5313 WHA <br><br> **STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about August 29, 2006, and Defendants' Answer is currently due on October 31, 2006.

    2. Pursuant to this Court's August 29, 2006 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on November 30, 2006, and attend a case management conference on December 7, 2006.

    3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | | |
|---|---|---|
| 1 | Defendant's Answer: | December 29, 2006 |
| 2 | Last day to file Joint ADR Certification: | January 11, 2007 |
| 3 | Last day to file/serve Joint Case Management Statement: | January 25, 2007 |
| 4 | Case Management Conference: | February 1, 2007 at 11:00 a.m. |

Dated: October 31, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: October 31, 2006

_____/s/_____
ASHWANI K. BHAKHRI
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 1, 2006.

WILLIAM
United S

*IT IS SO ORDERED*
*Judge William Alsup*

Stip to Ext Time
C 06-5313 WHA