KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAND GOUNDER,<br><br>       Plaintiff,<br><br>       v.<br><br>DAVID STILL, USCIS District Director,<br>MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security;<br>ALBERTO GONZALEZ, Attorney General<br>of the United States; and<br>Does 1 thru 50<br><br>       Defendants. | No. C 06-5313 WHA<br><br>**SECOND STIPULATION TO EXTEND<br>DATES; and [PROPOSED] ORDER** |

   Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a second extension of time. The extension is required because the Defendants require additional time to complete adjudication of Plaintiff's Application for Immediate Relative Petition.

   Therefore, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Defendant's Answer: | January 29, 2007 |
| Last day to file Joint ADR Certification: | February 8, 2007 |
| Last day to file/serve Joint Case Management Statement: | February 22, 2007 |
| Case Management Conference: | March 1, 2007 at 11:00 a.m. |

Stip to Ext Time
C 06-5313 WHA

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 26, 2006 | Respectfully submitted, |
| 3 | | KEVIN V. RYAN<br>United States Attorney |

Dated: December 26, 2006

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: December 26, 2006

_____/s/_____
ASHWANI K. BHAKHRI
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES.

Date: December 27, 2006.

_____
WILLIAM ALSUP
United States District Judge

*[Stamp: IT IS SO ORDERED, signed, Judge William Alsup, United States District Court, Northern District of California]*

Stip to Ext Time
C 06-5313 WHA