KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAND GOUNDER, | No. C 06-5313 WHA |
|     Plaintiff, | |
| v. | |
| DAVID STILL, USCIS District Director, MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ALBERTO GONZALEZ, Attorney General of the United States; and Does 1 thru 50 | **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
|     Defendants. | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiff's application for Immediate Relative Petition.

Each of the parties shall bear their own costs and fees.

///

///

///

///

Stip to Dismiss
C 06-5313 WHA

Date: January 19, 2007                 Respectfully submitted,

                                       KEVIN V. RYAN
                                       United States Attorney

                                       _____/s/_____
                                       ILA C. DEISS
                                       Assistant United States Attorney
                                       Attorneys for Defendants

Date: January 19, 2007                 _____/s/_____
                                       ASHWANI K. BHAKHRI
                                       Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: January 24, 2007                _____
                                       WILLIAM ALSUP
                                       United States District Judge

Stip to Dismiss
C 06-5313 WHA